**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-6405**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

WILLIAM HENRY HORNE, IV,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-cr-00046-D-1)

───────────

Submitted:  January 20, 2023                      Decided:  May 2, 2023

───────────

Before WYNN and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

William Henry Horne, IV, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Henry Horne, IV, appeals the district court's order denying as frivolous his motion for a sentence reduction. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Horne's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*